IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLIGHT VEHICLES CONSULTING, INC.;
ROBERT MANASHI, Owners; NAHRIN
MANASHI, Owners,

        Plaintiffs,

   v.

UNITED STATES; INTERNAL REVENUE
SERVICE; CARLOS AGUILAR; DAMON
MAXEY,

        Defendants.
_____/

No. C 12-01183 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the
petition to quash summons and **all further discovery motions** filed
in the above-captioned case are referred to a Magistrate Judge
Beeler.  Counsel will be advised of the date, time and place of
appearance by notice from Magistrate Judge Beeler.

Dated: 4/3/2012

_____
CLAUDIA WILKEN
United States District Judge

cc: MagRef; LB