IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLIGHT VEHICLES CONSULTING, INC.; ROBERT MANASHI, Owners; NAHRIN MANASHI, Owners,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES; INTERNAL REVENUE SERVICE; CARLOS AGUILAR; DAMON MAXEY,<br><br>　　　　Defendants.<br>_____/ | No. C 12-01183 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

　　Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the petition to quash summons and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge Beeler.  Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Beeler.

Dated: 4/3/2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: MagRef; LB