IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLIGHT VEHICLES CONSULTING, INC.;<br>ROBERT MANASHI, Owners; NAHRIN<br>MANASHI, Owners,<br><br>     Plaintiffs,<br><br>   v.<br><br>UNITED STATES; INTERNAL REVENUE<br>SERVICE; CARLOS AGUILAR; DAMON<br>MAXEY,<br>     Defendants.<br>_____/ | No. C 12-01183 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to dismiss petitioner's motion to quash internal revenue summonses and to enforce internal revenue summonses filed in the above-captioned case is referred to a Magistrate Judge Beeler for resolution and/or report and recommendation, as appropriate. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Beeler.

Dated: 5/10/2012

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

cc:  MagRef; LB