IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLIGHT VEHICLES CONSULTING, INC.; ROBERT MANASHI, Owners; NAHRIN MANASHI, Owners,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES; INTERNAL REVENUE SERVICE; CARLOS AGUILAR; DAMON MAXEY,<br>      Defendants.<br>_____/ | No. C 12-01183 CW<br><br><u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u> |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to dismiss petitioner's motion to quash internal revenue summonses and to enforce internal revenue summonses filed in the above-captioned case is referred to a Magistrate Judge Beeler for resolution and/or report and recommendation, as appropriate. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Beeler.

Dated: 5/10/2012

                              CLAUDIA WILKEN
                              United States District Judge

cc: MagRef; LB