UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| FLIGHT VEHICLES CONSULTING, INC., et al., | No. C 12-01183 CW (LB) |
| Plaintiffs, | **NOTICE OF REFERRAL AND ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES, et al., | [Re: ECF Nos. 13, 17] |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred the United States' motion to dismiss Flight Vehicles Consulting, Inc., Robert Manashi, and Nahrin Manashi's (collectively, "Plaintiffs") Amended Petition to Quash Summons, electronically filed on March 16, 2012, to United States Magistrate Judge Laurel Beeler for a report and recommendation. Order of Reference, ECF No. 17; Motion to Dismiss, ECF No. 13.

The United States filed its motion to dismiss on May 3, 2012. Plaintiffs' opposition was due by May 21, 2012. N.D. Cal. Civ. L.R. 7-3(a); *see* Fed. R. Civ. P. 6(a), (d). They have not filed one.

The court ORDERS Plaintiffs to show cause why the United States' motion to dismiss should not be granted. Accordingly, Plaintiffs are directed to file an response to the United States' motion to dismiss and this order to show cause no later than June 14, 2012.

**IT IS SO ORDERED.**

Dated: June 1, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-01183 CW (LB)
NOTICE OF REFERRAL AND ORDER TO SHOW CAUSE